UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CORAL LOU SAHARA and M & I/MARSHALL & ILSLEY TRUSTEE COMPANY, as co-trustees of the Ralph A. Greenwell and Adeline S. Greenwell Family Trust dated November 20, 1987,

    Petitioners/Plaintiffs,

    v.

RONALD S. GREENWELL, an individual, and CARLA ROBBINS, an individual,

    Respondents/Defendants.

_____/

RONALD S. GREENWELL, individually and as co-trustee of the Adeline S. Greenwell Irrevocable Trust dated March 8, 1994 and co-trustee of Trust B of the Ralph A. Greenwell Family Trust dated November 20, 1987; CARLA ROBBINS LEWIS, individually and as co-trustee of the Adeline S. Greenwell Irrevocable Trust dated March 8, 1994 and co-trustee of Trust B of the Ralph A. Greenwell Family Trust dated November 20, 1987; RANDEE BRADY,

NO. 2:06-cv-0030-MCE-GGH

ORDER

1

1 | individually and as co-trustee of
2 | the Adeline S. Greenwell Irrevocable Trust dated March 8, 1994,

3 |     Cross-Claimants,

4 |     v.

5 | CORAL LOU GLENN a.k.a CORAL LOU SAHARA
6 | and M & I/MARSHALL & ILSLEY Trustee Company, as co-trustees of Trust A
7 | and/or Trust B of the Ralph A. Greenwell and Adeline S. Greenwell Family Trust
8 | dated November 20, 1987 and CORAL LOU SAHARA, as an individual,

9 |     Cross-Defendants.

10
11 |                         ----oo0oo----
12

13      On March 14, 2006, counsel for Plaintiff Coral Lou Sahara
14 filed a Notice of Settlement in this matter.  Thereafter, with
15 respect to the pending Motion to Remand, presently scheduled for
16 hearing on April 3, 2006, defense counsel filed a Supplemental
17 Opposition on March 20, 2006 pointing out certain issues posed by
18 the parties' settlement.
19      Defense counsel has represented to the Court that all
20 parties want this Court to retain jurisdiction over the terms of
21 their settlement.  Moreover, in the Stipulated Motion for
22 Conditional Dismissal submitted by both sides in the related case
23 (<u>Greeenwell v. Greenwell, et al</u>., Case No. 2:04-cv-2206-MCE-GGH),
24 both counsel make that representation directly.  Consequently, it
25 would appear to the Court that Plaintiffs in this case desire
26 that the Motion to Remand be vacated.
27 ///
28 ///

1     In order to give the parties additional time to fully
2 resolve this issue given the pending settlement, however, and to
3 finalize the terms of the settlement reached between them,
4 Plaintiff's Motion to Remand is continued to June 5, 2006 at 9:00
5 a.m.  The parties are further directed to provide, not later than
6 two weeks prior to June 5, 2006, a Joint Status Report addressing
7 the following issues: 1) the terms of any proposed conditional
8 dismissal, including the amount of time proposed for the Court to
9 retain jurisdiction, along with a draft order memorializing same;
10 and 2) a statement summarizing the extent to which the terms of
11 settlement have been satisfied, and what issues remain
12 outstanding.

14     IT IS SO ORDERED.

16 DATED: March 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE