UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CORAL LOU SAHARA and M & I/MARSHALL & ILSLEY TRUSTEE COMPANY, as co-trustees of the Ralph A. Greenwell and Adeline S. Greenwell Family Trust dated November 20, 1987,<br><br>    Petitioners/Plaintiffs,<br><br>    v.<br><br>RONALD S. GREENWELL, an individual, and CARLA ROBBINS, an individual,<br><br>    Respondents/Defendants.<br>_____/ | NO. 2:06-cv-0030-MCE-GGH<br><br><br><br>ORDER |

RONALD S. GREENWELL, individually and as co-trustee of the Adeline S. Greenwell Irrevocable Trust dated March 8, 1994 and co-trustee of Trust B of the Ralph A. Greenwell Family Trust dated November 20, 1987; CARLA ROBBINS LEWIS, individually and as co-trustee of the Adeline S. Greenwell Irrevocable Trust dated March 8, 1994 and co-trustee of Trust B of the Ralph A. Greenwell Family Trust dated November 20, 1987; RANDEE BRADY,

1

1  individually and as co-trustee of
   the Adeline S. Greenwell
2  Irrevocable Trust dated March 8, 1994,

3       Cross-Claimants,

4       v.

5  CORAL LOU GLENN a.k.a CORAL LOU SAHARA
   and M & I/MARSHALL & ILSLEY Trustee
6  Company, as co-trustees of Trust A
   and/or Trust B of the Ralph A. Greenwell
7  and Adeline S. Greenwell Family Trust
   dated November 20, 1987 and CORAL LOU
8  SAHARA, as an individual,

9       Cross-Defendants.

10                      ----oo0oo----

11      Counsel for Petitioners have requested that the Court modify
12 its March 28, 2006 Order continuing the Motion to Remand in this
13 case.  In addition, Petitioners have filed a related Motion to
14 Expedite a ruling on the pending Motion to Remand, which pursuant
15 to the March 28, 2006 Order was continued to June 5, 2006 in
16 order to give the parties ample time to facilitate a global
17 settlement concerning the substance of this litigation
18 beforehand.

19      Both the Request for Modification and the Motion to Expedite
20 are DENIED.  The terms of the Court's March 28, 2006 Order remain
21 in effect, including the requirement that the parties submit a
22 Joint Status Report two weeks before the June 5, 2006 hearing
23 date.

24      IT IS SO ORDERED.

25 DATED: April 28, 2006

26

27

28
   _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE